THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE
 STATE OF
 
 
 SOUTH CAROLINA
 In
 The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Gregoria Coronel Parra,
 a/k/a Amelia Vasquez Figueroa, Appellant
 
 
 

Appeal From
 
 
 Richland
 
County
 J. Ernest Kinard, Jr.,
 Circuit Court Judge

Unpublished Opinion No. 2008-UP-238
Submitted April 1, 2008  Filed April 16, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney
 Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Gregoria Coronel Parra, a/k/a Amelia Vasquez Figueroa, pled guilty to one count of
 trafficking in cocaine, 28 to 100 grams, and two counts of trafficking in
 cocaine, less than 28 grams.  On appeal, Parra
 argues the circuit court improperly accepted her guilty plea without first
 obtaining her waiver of her right to a jury trial, right to confrontation, and
 privilege against self-incrimination.  Parra
 did not file a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Parras
 appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.

 
 
 ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.